UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| FRANCISCO HERNANDEZ,<br><br>Petitioner,<br><br>v.<br><br>UNITED STATES OF AMERICA,<br><br>Respondent. | No. 2:25-cv-2039 SCR P<br><br><br><br>ORDER |

Petitioner, a federal prisoner proceeding without counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The habeas petition was transferred to this district on July 22, 2025. ECF No. 5. A review of the habeas application indicates that the petition is not signed. Parties proceeding without counsel are required to sign all pleadings, motions, and other papers submitted to the court for filing. Fed. R. Civ. P. 11(a). Thus, the court is unable to consider the petition unless petitioner signs a copy of the § 2241 petition that is being returned to him, and files it with the court no later than September 3, 2025. Failure to submit a signed § 2241 petition will result in a recommendation that this action be dismissed.

Additionally, petitioner has not filed an in forma pauperis affidavit or paid the required filing fee ($5.00). See 28 U.S.C. §§ 1914(a); 1915(a). Petitioner will be provided the opportunity to either submit the appropriate affidavit in support of a request to proceed in forma pauperis or submit the appropriate filing fee. A completed in forma pauperis application or payment of the filing fee shall be submitted by September 3, 2025.

In accordance with the above, IT IS HEREBY ORDERED that:

1. No later than September 3, 2025, petitioner shall sign and return the copy of his § 2241 petition to this court which is being sent along with this order.

2. Petitioner shall also submit an affidavit in support of his request to proceed in forma pauperis **or** pay the appropriate $5.00 filing fee by September 3, 2025.

3. Petitioner's failure to comply with the provisions of this order will result in a recommendation that this action be dismissed.

4. The Clerk of the Court is directed to send petitioner a copy of the first two pages of his § 2241 petition (ECF No. 1 at 1-2) for him to sign and return to the court. In addition, the Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

DATED: August 4, 2025

SEAN C. RIORDAN
UNITED STATES MAGISTRATE JUDGE