UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

FRANCISCO HERNANDEZ,

Petitioner,

v.

UNITED STATES OF AMERICA,

Respondent.

No. 2:2:25-cv-2039 WBS SCR

ORDER

Petitioner, a federal prisoner proceeding pro se, filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2241. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

On September 29, 2025, the magistrate judge filed findings and recommendations herein which were served on petitioner and which contained notice to petitioner that any objections to the findings and recommendations were to be filed within twenty one days. ECF No. 8. Petitioner has not filed objections to the findings and recommendations.

The court has reviewed the file and finds the findings and recommendations to be supported by the record and by the magistrate judge's analysis. Accordingly, IT IS HEREBY ORDERED that:

1. The findings and recommendations (ECF No. 8) are adopted.

2. This action is dismissed without prejudice. Local Rule 110; Fed R. Civ. P. 41(b).

3. The court declines to issue the certificate of appealability referenced in 28 U.S.C. § 2253. See Wilson v. Belleque, 554 F.3d 816, 825 (9th Cir. 2009).

Dated: October 22, 2025

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

Hern2039.800.hc